IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY J. DAVIS,
     Plaintiff,

vs.                                                              Case No.:  3:08cv73/RV/EMT

WALTON COUNTY FLORIDA BOARD
OF COMMISSIONERS, et al.,
      Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 2, 2008 (Doc. 18).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's notice of voluntary dismissal (Doc. 17) is **GRANTED** and this case is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 31st day of July, 2008.


/s/ _Roger Vinson_
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**